# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00330-OWW-SMS PC<br><br>ORDER AUTHORIZING SERVICE OF AMENDED COMPLAINT, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 10) |

Plaintiff Gregory Lynn Norwood, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 24, 2009. On July 29, 2009, the Court dismissed Plaintiff's complaint, with leave to amend, for failure to state a claim. Plaintiff filed an amended complaint on August 14, 2009.

The Court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A, and finds that it states a claim against Defendants John Doe, Clark, Allison, Wan, and Reynoso for violation of the Eighth Amendment arising from the denial of exercise for inmates from July 25, 2008, to November 17, 2008, and from November 18, 2008, to January 29, 2009.[1] Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007). Accordingly, it is HEREBY ORDERED that:

---

[1] The Court has recommended dismissal of Defendant Moreno based on Plaintiff's failure to state a cognizable claim for relief against him.

1

1. Service shall be initiated on the following defendants:[2]

   **KENNETH CLARK**

   **K. ALLISON**

   **T. P. WAN**

   **J. REYNOSO**

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed August 14, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. One completed summons for each defendant;

   b. One completed USM-285 form for each defendant; and

   c. Five (5) copies of the endorsed amended complaint filed August 14, 2009.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

**Dated:** February 18, 2010           /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE

---

[2] Service cannot be initiated on a Doe defendant. Plaintiff must seek leave to amend when he ascertains the name of John Doe, Regional Director.