1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  GREGORY LYNN NORWOOD,                1:09-cv-00330-OWW-SMS (PC)

10              Plaintiff,             ORDER ADOPTING FINDINGS AND
                                       RECOMMENDATIONS DISMISSING
11                                     DEFENDANT MORENO FROM ACTION FOR
        v.                             FAILURE TO STATE A CLAIM
12
    MATTHEW CATE, et. al.,             (Docs. 10, 11)
13
                Defendants.
14  _____/

15

16      Plaintiff, Gregory Lynn Norwood, a state prisoner proceeding

17  pro se and in forma pauperis, has filed this civil rights action

18  seeking relief under 42 U.S.C. § 1983.  The matter was referred

19  to a United States Magistrate Judge pursuant to 28 U.S.C. §

20  636(b)(1)(B) and Local Rule 72-302.

21      On February 18, 2010, the Magistrate Judge filed a Findings

22  and Recommendations herein which was served on the parties and

23  which contained notice to Plaintiff that any objections to the

24  Report and Recommendation were to be filed within twenty days.

25  Plaintiff has not filed any objections.

26      In accordance with the provisions of 28 U.S.C. §

27  636(b)(1)(C), this Court has conducted a de _novo_ review of this

28  case.  Having carefully reviewed the entire file, the Court finds

the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, the Court HEREBY ORDERS:

1.    The Findings and Recommendation, filed February 18, 2010, is adopted in full; and

2.    Defendant Moreno is dismissed from this action with prejudice for Plaintiff's failure to state a cognizable claim upon which relief may be granted against him.

IT IS SO ORDERED.

Dated:    March 24, 2010              /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE