1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  GREGORY LYNN NORWOOD,                    CASE NO. 1:09-cv-00330-OWW-SMS PC

10                    Plaintiff,

11       v.                                 ORDER SUBSTITUTING W. J. SULLIVAN
                                            IN PLACE AND INSTEAD OF JOHN DOE
12  MATTHEW CATE, et al.,
                                            (Doc. 18.)
13                    Defendants.

14
                                         /
15

16       Plaintiff Gregory Lynn Norwood is a state prisoner proceeding pro se and in forma pauperis

17  in this civil rights action pursuant to 42 U.S.C. § 1983.

18       On March 29, 2010, Plaintiff filed a motion clarification wherein he identified W.J. Sullivan

19  as the name of the defendant identified in the First Amended Complaint as "John Doe" "regional

20  director at regional offices."  (Doc. 10, 1st Amend. Compl., p. 3; Doc. 18.)[1]

21       Accordingly, IT IS HEREBY ORDERED that:

22              (1)    W.J. Sullivan be substituted into this action in place and instead of "John

23                     Doe" "regional director employed at regional offices;" and

24  / / /

25  / / /

26

27  ———————————————————
         [1] To the extent that Plaintiff's motion clarification seeks to amend /correct the deprivation periods alleged in
28  the First Amended Complaint, it is disregarded as Plaintiff's previous attempt to do so was denied with prejudice.
    (Doc. 16.)

1

(2)     the Clerk of the Court is hereby directed to add "W.J. Sullivan" as a defendant for all calendaring and/or tracking purposes and on the docket of this case.

IT IS SO ORDERED.

**Dated:    April 21, 2010            _____/s/ Sandra M. Snyder_____**
                                      UNITED STATES MAGISTRATE JUDGE

2