# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW L. CATE, et al.,<br><br>    Defendants / | CASE NO. 1:09-cv-00330-OWW-GBC<br><br>ORDER DENYING REQUEST FOR<br>COPY OF DEPOSITION TRANSCRIPT<br><br>(Doc. 50) |

On June 21, 2011, Defendants filed a motion for summary judgment. (Docs. 45, 46). On July 8, 2011, Plaintiff Gregory Norwood ("Plaintiff") filed a request for a copy of the deposition transcript referenced in Defendants' motion for summary judgment. (Doc. 50). Plaintiff asserts that he cannot effectively respond to the motion for summary judgment without the deposition transcript.

The officer must furnish a copy of the deposition to Plaintiff upon payment of reasonable charges. Fed. R. Civ. P. 30(f)(2). There is no provision under the Federal Rules or the Local Rules for free copies of deposition transcripts. Further, the expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. *See Tedder v. Odel*, 890 F.2d 210 (9th Cir. 1989) (citations omitted). The in forma pauperis statute does not authorize the expenditure of public funds for the purpose sought by Plaintiff in the instant motion.

Moreover, Rule 30(e) of the Federal Rules of Civil Procedure provides that upon request of a deponent or a party before completion of the deposition, the deponent or party shall have thirty days after being notified by the officer that the transcript or recording is available in which to review the transcript or recording. Fed. R. Civ. P. 30(e).

///

1  Accordingly, Plaintiff's request for a copy of the transcript of his deposition is HEREBY
2  ORDERED DENIED.

4  IT IS SO ORDERED.

   Dated:   August 19, 2011
                                                UNITED STATES MAGISTRATE JUDGE