# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD, | CASE NO. 1:09-cv-00330-AWI-GBC PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S ADDITIONAL BRIEF AND DECLARATION |
| v. | (Doc. 54; Doc. 59) |
| MATTHEW L. CATE, et al., | |
| Defendants. | |

    Plaintiff Gregory Lynn Norwood ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 10. On June 21, 2011, Defendants filed a motion for summary judgment. Doc. 45; Doc. 46. After an extension of time, on July 25, 2011, Plaintiff filed an opposition. Doc. 51. On August 11, 2011, without requesting permission from the Court, Plaintiff filed a supplemental brief to his original opposition. Doc. 54. On August 22, 2011, without requesting permission from the Court, Plaintiff filed a declaration in support of his original opposition to the motion for summary judgment. Doc. 59. Under the Local Rules or the Federal Rules of Civil Procedure, parties do not have a right to file additional briefs or declarations without prior permission from the Court.

///

///

1

1 | Therefore, Plaintiff's additional brief filed on August 11, 2011, and additional declaration
2 | filed August 22, 2011, are ORDERED STRICKEN from the record.  Do. 54; Doc. 59.
3 |
4 | IT IS SO ORDERED.
5 |
6 | Dated: July 31, 2012                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE