# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW L. CATE, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00330-AWI-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS RECOMMENDING GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 70.) |

　　　　Plaintiff Gregory Lynn Norwood ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on February 24, 2009, and first amended complaint on August 14, 2009. (ECF Nos. 1 & 10.) On June 21, 2011, Defendants filed a motion for summary judgment. (ECF No. 45.) On August 1, 2012, the Court issued a findings and recommendations granting Defendants' motion for summary judgement. (ECF No. 70.)  As a result of the recent Ninth Circuit case, Woods v. Carey, 684 F.3d 934 (9th Cir. 2012), the Court issued an order on October 19, 2012, permitting Plaintiff an opportunity to withdraw his opposition to summary judgment and to file an amended opposition. (ECF No. 75.) On November 19, 2012, Defendants filed objections to Plaintiff's amended opposition, which the Court will construe as Defendants' reply. (ECF No. 77.) The Court must now consider Defendants' motion for summary judgment in light of Plaintiff's amended opposition and Defendants' reply.

//

//

Accordingly, IT IS HEREBY ORDERED that the initial findings and recommendations issued on August 1, 2012, are VACATED.

IT IS SO ORDERED.

Dated: **February 8, 2013**              /s/ **Stanley A. Boone**
                                                       UNITED STATES MAGISTRATE JUDGE