# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW L. CATE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00330-AWI-SAB (PC)<br><br>ORDER ALLOWING THE PARTIES TO MODIFY SCHEDULING ORDER FOR DISPOSITIVE MOTIONS<br><br>(TWENTY-ONE-DAYS) |

Plaintiff Gregory Lynn Norwood ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 24, 2009.

On June 6, 2012, Defendants filed a motion for summary judgment regarding the Eighth Amendment claim for the denial of outdoor exercise. (ECF No. 79.) The parties did not address the issue of whether Defendants "failed to handle the situation in a way that would have minimized both the security risks that led to the lock-downs and the length of the lock-downs." (F.&R. at 2, ECF No. 11.) On March 15, 2013, Findings and Recommendations were issued granting Defendants' motion for summary judgment on the claim related to the denial of the Plaintiff's outdoor exercise.

For the reasons stated in the Finding and Recommendation, Plaintiff's claim remains as to whether Defendants set up rioting conditions which led to the lockdown periods in violation of the Eighth Amendment. If the parties wish to seek leave of the Court's Scheduling Order filed August 16, 2011 (ECF No. 28), regarding the filing of dispositive motions, the parties may request leave to do within twenty-one (21) days from the date this order is filed. In the request,

the parties shall propose a reasonable briefing schedule.

IT IS SO ORDERED.

    Dated:   **March 15, 2013**

UNITED STATES MAGISTRATE JUDGE