1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY LYNN NORWOOD,              1:09-cv-00330-AWI-SAB (PC)

12        Plaintiff,

                                        ORDER DENYING MOTION FOR
13   v.                                 APPOINTMENT OF COUNSEL

14   MATTHEW L. CATE, et al.,
                                        (ECF No. 90)
15        Defendants.

16   _____/

17        Plaintiff Gregory Lynn Norwood ("Plaintiff"), a prisoner proceeding pro se and in forma

18   pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 24, 2009.  On

19   April, 4, 2013, Plaintiff filed a motion seeking the appointment of counsel.  (ECF No. 90.)

20        Plaintiff does not have a constitutional right to the appointment of counsel in this action.

21   Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009); Storseth v. Spellman, 654 F.2d 1349, 1353

22   (9th Cir. 1981).  The Court may request the voluntary assistance of counsel pursuant to 28 U.S.C.

23   § 1915(e)(1), but it will do so only if exceptional circumstances exist.  Palmer, 560 F.3d at 970;

24   Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).  In making this determination, the

25   Court must evaluate the likelihood of success on the merits and the ability of Plaintiff to

26   articulate his claims *pro se* in light of the complexity of the legal issues involved.  Palmer 560

27   F.3d 970 (citation and quotation marks omitted); Wilborn, 789 F.2d at 1331.  Neither

28   consideration is dispositive and they must be viewed together.  Palmer 560 F.3d at 970 (citation

-1-

and quotation marks omitted); <u>Wilborn</u> 789 F.2d at 1331.

In the present case, the Court does not find the required exceptional circumstances exist at this time. Even if it is assumed that Plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  The Court is faced with similar cases almost daily.  Accordingly,

Plaintiff's request for the appointment of counsel is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:   April 8, 2013**                           _____
                                                                              UNITED STATES MAGISTRATE JUDGE