# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW L. CATE, et al,.<br><br>Defendants. | Case No.  1:09-cv-00330-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL<br><br>(ECF No. 99) |

    Plaintiff Gregory Lynn Norwood ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 16, 2009, pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Kenneth Clark, K. Allison, T.P. Wan, J. Reynoso, and W.J. Sullivan for subjecting Plaintiff to unconstitutional conditions of confinement in violation of the Eighth Amendment.  On May 29, 2013, Plaintiff filed a motion to appoint counsel.  (ECF No. 99.)

    Plaintiff does not have a constitutional right to the appointment of counsel in this action. Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009); Storseth v. Spellman, 654 F.2d 1349, 1353 (9th Cir. 1981).  The Court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1), but it will do so only if exceptional circumstances exist.  Palmer, 560 F.3d at 970; Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).  In making this determination, the Court must evaluate the likelihood of success on the merits and the ability of Plaintiff to articulate

1

1 his claims pro se in light of the complexity of the legal issues involved.  <u>Palmer</u> 560 F.3d at 970
2 (citation and quotation marks omitted); <u>Wilborn</u>, 789 F.2d at 1331.  Neither consideration is
3 dispositive and they must be viewed together.  <u>Palmer</u> 560 F.3d at 970 (citation and quotation
4 marks omitted); <u>Wilborn</u> 789 F.2d at 1331.

5       In the present case, the Court does not find the required exceptional circumstances exist at
6 this time. Even if it is assumed that Plaintiff is not well versed in the law and that he has made
7 serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  The
8 Court is faced with similar cases almost daily.  Accordingly,

9       Plaintiff's request for the appointment of counsel is HEREBY DENIED, without
10 prejudice.

11
12 IT IS SO ORDERED.
13
14    Dated:   **May 30, 2013**                                      
                                                UNITED STATES MAGISTRATE JUDGE