# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW L. CATE, et al.,<br><br>Defendants. | Case No. 1:09-330-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 105.) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 28, 2013, Defendants filed a motion to extend time to file a supplemental motion for summary judgment. (ECF No. 105.) Good cause having been presented to the Court and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants are granted ten (10) days from the date of service of this order in which to file a supplemental motion for summary judgment.

IT IS SO ORDERED.

Dated: __July 2, 2013__                         _____
                                                UNITED STATES MAGISTRATE JUDGE

1