# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW L. CATE, et al.,<br><br>　　　　Defendants. | Case No.  1:-09-cv-00330-AWI-SAB (PC)<br><br>AMENDED ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 115) |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On August 28, 2013, Plaintiff filed a motion to extend time to file an opposition to summary judgment.  (ECF No. 115.)  On August 30, 2013, an order issued granting Plaintiff a thirty day extension of time.  However, due to a clerical error the order granted Plaintiff thirty days to file an amended complaint.  According, the order issued August 30, 2013, is HEREBY ORDERED STRICKEN from record and, good cause showing, Plaintiff is granted thirty (30) days from the date of service of this order in which to file an opposition to Defendant's motion for summary judgment.

IT IS SO ORDERED.

　　Dated:   **September 3, 2013**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1