1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   GREGORY LYNN NORWOOD,                )    Case No.: 1:09-cv-00330-AWI-SAB (PC)
                                          )
12                    Plaintiff,          )
                                          )    ORDER DIRECTING DEFENDANTS' COUNSEL
13         v.                             )    TO RE-SUBMIT COPY OF PLAINTIFF'S
                                          )    DEPOSITION
14   MATTHEW L. CATE, et al.,             )
                                          )    [ECF No. 47]
15                    Defendants.         )
                                          )
16   _____ )

17         Plaintiff Gregory Lynn Norwood is appearing pro se and in forma pauperis in this civil rights

18   action pursuant to 42 U.S.C. § 1983.

19         On July 12, 2013, Defendants filed a motion for summary judgment and referenced the

20   deposition of Plaintiff which was previously lodged with the Court on June 21, 2011, along with a

21   previous motion for summary judgment.  The Court directs counsel for Defendants to re-submit a copy

22   of Plaintiff's deposition transcript within **five (5)** business days from the date of service of this order

23   for consideration in resolving the pending supplemental motion for summary judgment.

24

25   IT IS SO ORDERED.

26     Dated:   **December 6, 2013**        _____

27                                          UNITED STATES MAGISTRATE JUDGE

28

                                    1